UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WISE UNDERWRITING AGENCY,

                       Plaintiff,

         –against–

M/V MAERSK VARNA, her engines, boilers, etc., M/V MSC AMIHAN, her engines, boilers, etc., MEDITERRANEAN SHIPPING COMPANY S.A., and EVANS DELIVERY COMPANY, INC.,

                       Defendants.

**ORDER**

23-cv-02625 (ER)

RAMOS, D.J.:

        At the October 24, 2023 Order to Show Cause hearing, counsel for Wise Underwriting Agency ("Wise") represented that Wise has settled with the following defendants: M/V Maersk Varna, M/V MSC Amihan, and Mediterranean Shipping Company S.A. Counsel for Wise is directed to submit a stipulation of voluntary dismissal pertaining to these defendants by October 26, 2023.

        It is SO ORDERED.

Dated: October 24, 2023
       New York, New York

                                                           Edgardo Ramos, U.S.D.J.