UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WISE UNDERWRITING AGENCY,                    Case No.:    23 Civ. 2625 (ER)

           Plaintiff,

  -against-                                              **PROPOSED**
                                                              **DEFAULT JUDGMENT**

M/V MAERSK VARNA, her engines, boilers, etc.,
M/V MSC AMIHAN, her engines, boilers, etc.,
MEDITERRANEAN SHIPPING COMPANY S.A.,
and EVANS DELIVERY COMPANY, INC.,

           Defendants.
------------------------------------------------------------x

      The default of defendant Evans Delivery Company, Inc. ("Evans") having been duly noted by the Clerk of the Court on September 7, 2023, the Court grants judgment as against Evans in the amount of $113,173.67 pursuant to Fed. R. Civ. P. 55(b)(2) plus pre-judgment interest from April 22, 2022 through September 25, 2023 in the amount of $14,541.11. The Court further awards attorney's fees and costs incurred to serve Evans and for preparation of the motion for default in the amount of $3,615.00 for a total judgment amount of $131,329.78.

Dated: New York, New York
            October 25   , 2023

                                                                      Edgardo Ramos, U.S.D.J.